Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Alexandria Division




FILED
MAY – 4 2020
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Lorenzo B Brown

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Dr. Mark Thomas Esper, Secretary of Defense
Honorable William Pelham Barr, Attorney General
Mr. George Zachary Terwilliger

Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 1:20CV509 AJT/JFA
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☒ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Lorenzo B Brown |
   | Street Address | PSC 561 BOX 297 |
   | City and County | FPO |
   | State and Zip Code | AP 96310 |
   | Telephone Number | 864-302-0017 |
   | E-mail Address | Lorenzo4606@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Mark Thomas Esper |
| Job or Title *(if known)* | Secretary of Defense |
| Street Address | 1000 Defense Pentagon |
| City and County | Washington |
| State and Zip Code | DC, 20301-1000 |
| Telephone Number | 703-697-1776 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | William Pelham Barr |
| Job or Title *(if known)* | Attorney General |
| Street Address | 950 Pennsylvania AV, NW |
| City and County | Washington |
| State and Zip Code | DC  20530-0001 |
| Telephone Number | 202-514-2000 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | George Zachary Terwilliger |
| Job or Title *(if known)* | United States Attorney for the Eastern District of Virginia |
| Street Address | 2100 Jamieson Avenue |
| City and County | Alexandria |
| State and Zip Code | Virginia  22314 |
| Telephone Number | 703-299-2107 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question     ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

I was not afforded due process and have been continually racially discriminated against since 2006. The latest incident was last year when DODEA allowed a Final Agency Decision to stand against me which in effect said I was a racist and DODEA was culpable. I had a subordinate demoted by my supervisor and he filed discrimination charges against me and DODEA supported his claims even though he used hearsay witnesses, none of my witnesses' statements were taken into account, DODEA proceeded with a FAD even after my former employee failed to request a trial or ask for a Final Agency Decision. Finally, 10% of the workforce of DODEA is African-American while the same group constitutes approximately 90% of adverse personnel actions.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
   and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

        the State of *(name)* _____. Or is a citizen of
        *(foreign nation)* _____.

    b.   If the defendant is a corporation
        The defendant, *(name)* _____, is incorporated under
        the laws of the State of *(name)* _____, and has its
        principal place of business in the State of *(name)* _____.
        Or is incorporated under the laws of *(foreign nation)* _____,
        and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

DODEA allowed hearsay statements by my former subordinate and did not take into account factual documents such as email, meeting minutes, event programs, video, and text messages that I produced to be used as a counter. More weight was given by friends of my former employee who would say that he told them something about me (not what they heard me say directly). DODEA also did not consult with myself, the superintendent, the DODEA Pacific legal counsel, area investigator, or Area Director in deciding the truth in the case. My supervisor demoted him after he made a verified false claim of financial mismanagement against me. I have filed three EEOs against DODEA in the past, since 2006 and this episode from last year was just the latest. I filed an appeal to DODEA and was told I had no standing. I then filed through OFO and they returned the same decision, so I have no other option but to file a civil suit. I filed my initial EEO in 2006. I filed again in 2010 and then in 2011. I also had a JROTC instructor lose an EEO case against me (2018) for discrimination but upon apeal to the MSBP he was able to win because no one in the Pacific was asked to provide details such as the investigator, superintendent, legal advisor, or other staff members and DODEA accepted the decision without so much as a fight. These two case from 2017-2018 cost me my reputation and weakened me as a principal. Mr. Esper and his predecessors are contributors to this environment in DODEA, EEO, NOFEAR, annual training notwithstanding. The AJ and USDA are named simply because of their position in the process.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. An empanelled jury issues a judgment of compensatory damages to include suffering and retaliatory and pervasive acts spanning more than a decade;

2. Punitive damages as awarded by the Court;

3. Reimbursement of fees and the cost of litigation including court fees;

4. Damages for humiliation, loss of reputation, and destruction of professional character;

5. Damages for repetitive misconduct, reprisal, and failure to follow Agency established policies;

6. Systemic review of wrongfully terminated minorities;

7. Comprehensive plan to address the discrepancy of discipline/terminations of minority employees;

8. Agency will contract outside entity to conduct intensive specialized training for above school level management/supervisors in addition to the normal requirement for all supervisor trainings;

9. Heavy financial penalties up to and including termination for overt acts of discrimination;

10. Agency pay any fees incurred not specifically identified in Relief;

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/16/2020

Signature of Plaintiff _[signature]_

| | |
|---|---|
| Printed Name of Plaintiff | Lorenzo B Brown |

**B.** **For Attorneys**

Date of signing: _____

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Street Address | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_Alexandria_ DIVISION

Lorenzo B Brown
Plaintiff(s),

v.

Mark Thomas Esper
William Pelham Barr
George Zachary Terwilliger
Defendant(s).

Civil Action Number: _____

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of _Complaint for a Civil Case_
(Title of Document)

Lorenzo B Brown
Name of *Pro Se* Party (Print or Type)

*Lorenzo B Brown* (signature)
Signature of *Pro Se* Party

Executed on: 16 Apr 2020 (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)







U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Office of Federal Operations
P.O. Box 77960
Washington, DC 20013

Lorenzo B. Brown, a/k/a
Henry L.,[1]
    Complainant,

v.

Dr. Mark T. Esper,
Secretary,
Department of Defense
(Department of Defense Education Activity),
    Agency.

Request No. 2019005310

Appeal No. 2019001796

Agency No. PEFY17110

DECISION ON REQUEST FOR RECONSIDERATION

Complainant timely requested that the Equal Employment Opportunity Commission (EEOC or Commission) reconsider its decision in Henry L. v. Dep't of Def., EEOC Appeal No. 2019001796 (June 25, 2019). EEOC Regulations provide that the Commission may, in its discretion, grant a request to reconsider any previous Commission decision issued pursuant to 29 C.F.R. § 1614.405(a), where the requesting party demonstrates that: (1) the appellate decision involved a clearly erroneous interpretation of material fact or law; or (2) the appellate decision will have a substantial impact on the policies, practices, or operations of the agency. See 29 C.F.R. § 1614.405(c).

The record reflects that Complainant, a Principal in a high school in Japan operated by the Agency, filed an appeal from a final agency decision concerning a complaint of discrimination filed by one of Complainant's subordinate employees. In that matter, the subordinate employee had alleged that Complainant subjected him to a discriminatory hostile work environment. Following its investigation of the employee's claims, the Agency issued a final decision concluding that the evidence confirmed that the employee had been subjected to a discriminatory hostile work environment by Complainant.

---
[1] This case has been randomly assigned a pseudonym which will replace Complainant's name when the decision is published to non-parties and the Commission's website.



2019005310

## CERTIFICATE OF MAILING

For timeliness purposes, the Commission will presume that this decision was received within five (5) calendar days after it was mailed. I certify that this decision was mailed to the following recipients on the date below:

Lorenzo B. Brown
PSC 561 Box 297
FPO, APO/FPO 96310

Jay M. Burcham, Acting Chief
Diversity Management & Equal Opportunity Office
Department of Defense Education Activity
4800 Mark Center, Suite 06F09-02
Alexandria, VA 22350-1400

January 7, 2020
Date

_____
Compliance and Control Division